**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HOUSTON, et al., | |
|     Plaintiffs, | No. C 05-03145 JSW |
| v. | **ORDER REQUIRING JOINT STATUS REPORTS** |
| CINTAS CORPORATION, | |
|     Defendant. | |

On November 22, 2005, the Court entered an Order staying this case pending arbitration. The parties are HEREBY ORDERED to submit a Joint Status Report by June 30, 2006 as to the status of the pending arbitration. The parties are FURTHER ORDERED to submit Joint Status Reports every 120 days thereafter, until the arbitration is resolved or the stay is lifted.

**IT IS SO ORDERED.**

Dated: May 24, 2006

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE