IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY HOUSTON, et al., | No. C 05-3145 JSW |
| Plaintiffs, | **ORDER REQUESTING SUPPLEMENTAL BRIEFING RE UNOPPOSED MOTION FOR APPROVAL OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT NOTICE, OF PUTATIVE CLASS CLAIMS** |
| v. | |
| CINTAS CORPORATION, | |
| Defendant. | |

The Court has received the Unopposed Motion for Approval of Dismissal Without Prejudice and Without Notice of Putative Class Claims of Plaintiffs Robert Ramirez, Jose Salcedo, Larry Houston, Clifton E. Cooper, James Morgan, and A. Shappelle Thompson. The Court has reviewed the papers, the record in this case, and relevant legal authority. The Court HEREBY ORDERS the parties to file a supplemental brief addressing the issue of why putative class members would not be prejudiced by dismissal of the Morgan class claims, given the differences in remedies available under Title VII and Section 1981. The parties' supplemental brief shall be due by no later than April 3, 2009, and shall not exceed five (5) pages.

**IT IS SO ORDERED.**

Dated: March 18, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE