IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY HOUSTON, et al.,

    Plaintiffs,

v.

CINTAS CORPORATION,

    Defendant.
                                            /

No. C 05-3145 JSW

**ORDER OF ADMINISTRATIVE CLOSURE**

    The Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within ten days of the resolution of the arbitration, and, if necessary, this entire matter shall thereafter be reopened.

    **IT IS SO ORDERED.**

Dated: September 25, 2009

                                                                 
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE